## SECOND DEPARTMENT, MAY, 1923.

WILLIAM A. SAFRIN, Appellant, v. LENA SAFRIN, Respondent.— Motion for stay granted on condition that the appeal be perfected, and the case added to the present calendar and brought on for argument on May 11, 1923. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THOMAS C. ADAMS, Respondent, v. ADOLPH VOGT, Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

RALPH BEVELAQUA, Respondent, v. ROSE BEVELAQUA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

BERTHA CHAMBERLAIN BUTLER, Respondent, v. HENRY V. BUTLER, Appellant. — Motion to dismiss appeal denied on condition that appellant pay ten dollars costs of this motion, perfect the appeal, place the case at the foot of the present calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THOMAS CASTELLUCCI, an Infant, etc., Respondent, v. MINK BROTHERS COMPANY, Appellant.— Motion to open default granted on payment within five days of ten dollars costs. Motion to dismiss appeal denied on condition that appellant perfect the appeal for the term beginning May 28, 1923 (for which term this case is set down), and be ready for argument when reached; otherwise, motion to open default denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

NELLIE B. COBB, Appellant, v. HAROLD A. COBB, Respondent.— Motion to resettle order denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HARRY COHEN, Respondent, v. MORRIS SLEPNICK and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

EMPIRE TRUST COMPANY, as Successor Trustee, etc., Respondent, v. FANNIE FREDERICKA WELCH and Another, Appellants, and PARK MORTGAGE COMPANY and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SAMUEL ENGLISH, Appellant, v. HARRY ENGLISH and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.